UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MACK EXSON,                    )
                               )
          Petitioner,          )
                               )
     v.                        )     Case No. 05-1323
                               )
ROGER E. WALKER, JR.,          )
                               )
          Respondent.          )

# **O R D E R**

Before the Court is Mack Exson's ("Exson's") Application to Proceed In Forma Pauperis [Doc. # 1], Motion for Appointment of Counsel [Doc. # 2], and Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus By a Person in State Custody.  In his Petition, Exson, an inmate in the Illinois Department of Corrections, challenges the revocation of good time credit.  However, there is no indication Exson has sought mandamus relief in state court.  Thus, his Petition is premature.  See McAtee v. Cowan, 250 F.3d 506, 508-09 (7th Cir. 2001) (to satisfy requirement under § 2254 that state prisoners exhaust state remedies before petitioning for federal habeas relief, Illinois inmates seeking restoration of good-time credits lost due to constitutionally infirm prison disciplinary hearings must file a complaint for an order of mandamus from an Illinois circuit court; if dissatisfied with the result, furthermore, the inmate must invoke one complete round of the normal appellate process, including seeking discretionary review before the state supreme court).  Accordingly, the Court will dismiss Exson's Petition without prejudice.

IT IS THEREFORE ORDERED that Exson's Application to Proceed In

Forma Pauperis [Doc. # 1], and Motion for Appointment of Counsel [Doc. # 2] are DENIED.

    IT IS FURTHER ORDERED that Exson's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus By a Person in State Custody is DISMISSED without prejudice.

    Entered this  28th  day of October, 2005.

                                            s/ Joe B. McDade
                                                JOE BILLY McDADE
                                      United States District Judge